cc: Order, docket, remand letter to Los Angeles Superior Court
Case No. BC 466524

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KOLLENBURN, an individual,<br><br>Plaintiff,<br>v.<br><br>ARCHDIOCESE OF LOS ANGELES, ST. CAMILLUS CENTER FOR PASTORAL CARE, CHRISTOPHER PONNET, an individual, and Does 1 through 20, Inclusive.<br><br>Defendants. | CV 12-3768 RSWL (VBKx)<br><br>**ORDER Remanding the Case to State Court** |

On May 1, 2012, this Action was removed from the Superior Court of California based on federal question jurisdiction pursuant to 28 U.S.C. § 1331 [1]. Plaintiff Christopher Kollenburn's ("Plaintiff") First Amended Complaint contained causes of action based on the federal Americans with Disabilities Act ("ADA"), the state California Family Rights Act ("CFRA"), and wrongful termination. On May 8, 2012, Defendants Archdiocese of Los Angeles, St. Camillus Center for

1

Pastoral Care, and Christopher Ponnet ("Defendants") filed a Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [4].  On June 25, 2012, the Court granted in part and denied in part Defendants' Motion to Dismiss Plaintiff's First Amended Complaint [10].  The Court granted Defendants' Motion to Dismiss pertaining to Plaintiff's federal claim based on the ADA and Plaintiff's wrongful termination claim without leave to amend.  The Court denied Defendants' Motion as it pertained to Plaintiff's state CFRA claim.  The Court found that Plaintiff's third cause of action was vague as to whether it was asserting a state or federal claim.  The Court allowed Plaintiff to amend Plaintiff's third cause of action, stating that unless the third claim is a federal claim, the Court may remand this case. Plaintiff filed a Second Amended Complaint on June 28, 2012 [11].

    The Court, having reviewed the Second Amended Complaint, finds that Plaintiff is now asserting only one cause of action based on the state CFRA. Therefore, the Court no longer has subject matter jurisdiction under 28 U.S.C. § 1331.  Furthermore, the Court finds that there is a lack of diversity of citizenship between Defendants and Plaintiffs for diversity jurisdiction under 28 U.S.C. § 1332(a). Plaintiff is a resident of Los Angeles County, and Defendant Archdiocese has its principal place of

business in Los Angeles, California.  Therefore, the Court finds that it does not have subject matter jurisdiction pursuant to federal question or diversity jurisdiction.

Accordingly, the Court hereby **REMANDS** this Action to the Superior Court of California, County of Los Angeles, Case No. BC466524.

**IT IS SO ORDERED.**

DATED: August 23, 2012

*RONALD S.W. LEW*
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge