JS - 6

cc: Order, docket, remand letter to Los Angeles Superior Court
    Case No. BC 466524

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER KOLLENBURN, an individual, <br><br> Plaintiff, <br> v. <br><br> ARCHDIOCESE OF LOS ANGELES, ST. CAMILLUS CENTER FOR PASTORAL CARE, CHRISTOPHER PONNET, an individual, and Does 1 through 20, Inclusive. <br><br> Defendants. | CV 12-3768 RSWL (VBKx) <br><br> **ORDER Remanding the Case to State Court** |

On May 1, 2012, this Action was removed from the Superior Court of California based on federal question jurisdiction pursuant to 28 U.S.C. § 1331 [1]. Plaintiff Christopher Kollenburn's ("Plaintiff") First Amended Complaint contained causes of action based on the federal Americans with Disabilities Act ("ADA"), the state California Family Rights Act ("CFRA"), and wrongful termination. On May 8, 2012, Defendants Archdiocese of Los Angeles, St. Camillus Center for

1  Pastoral Care, and Christopher Ponnet ("Defendants")
2  filed a Motion to Dismiss Plaintiff's First Amended
3  Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [4]. On
4  June 25, 2012, the Court granted in part and denied in
5  part Defendants' Motion to Dismiss Plaintiff's First
6  Amended Complaint [10]. The Court granted Defendants'
7  Motion to Dismiss pertaining to Plaintiff's federal
8  claim based on the ADA and Plaintiff's wrongful
9  termination claim without leave to amend. The Court
10 denied Defendants' Motion as it pertained to
11 Plaintiff's state CFRA claim. The Court found that
12 Plaintiff's third cause of action was vague as to
13 whether it was asserting a state or federal claim. The
14 Court allowed Plaintiff to amend Plaintiff's third
15 cause of action, stating that unless the third claim is
16 a federal claim, the Court may remand this case.
17 Plaintiff filed a Second Amended Complaint on June 28,
18 2012 [11].
19     The Court, having reviewed the Second Amended
20 Complaint, finds that Plaintiff is now asserting only
21 one cause of action based on the state CFRA.
22 Therefore, the Court no longer has subject matter
23 jurisdiction under 28 U.S.C. § 1331. Furthermore, the
24 Court finds that there is a lack of diversity of
25 citizenship between Defendants and Plaintiffs for
26 diversity jurisdiction under 28 U.S.C. § 1332(a).
27 Plaintiff is a resident of Los Angeles County, and
28 Defendant Archdiocese has its principal place of

business in Los Angeles, California.  Therefore, the Court finds that it does not have subject matter jurisdiction pursuant to federal question or diversity jurisdiction.

Accordingly, the Court hereby **REMANDS** this Action to the Superior Court of California, County of Los Angeles, Case No. BC466524.

**IT IS SO ORDERED.**

DATED: August 23, 2012

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge